UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BARBARA MARTIN,

    Plaintiff,

v.                                         Case No. 6:21-cv-1484-WWB-LHP

JONATHAN PAUL MARONEY,
HARBOR CITY VENTURES, LLC,
HARBOR CITY CAPITAL CORP.,
HCCF-1 LLC, HCCF-2 LLC, HCCF-3
LLC, HCCF-4 LLC, HCCF-5 LLC,
HARBOR CITY DIGITAL VENTURES,
INC., HCC MEDIA FUNDING, LLC,
CELTIC ENTERPRISES, LLC and
TONYA L. MARONEY,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE is before the Court upon *sua sponte* review. The Complaint (Doc. 1) in this action was filed September 9, 2021, and it appears service was executed on or about September 18, 2021, as to J.P. Maroney and on or about September 21, 2021, as to Harbor City Ventures, LLC. (Doc. Nos. 10, 11). No responses have been timely filed by J.P. Maroney or Harbor City Ventures, LLC, and Plaintiff has not applied for entry of a clerk's default pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(b).

    Moreover, the Amended Complaint (Doc. 12) added the following Defendants: Harbor City Capital Corp., HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, Harbor City Digital Ventures, Inc., HCC Media Funding, LLC, Celtic Enterprises, LLC, and Tonya L. Maroney ("**additional Defendants**"). Plaintiff has failed

to effect proper service on the additional Defendants within the time allowed by Federal Rule of Civil Procedure 4(m).

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** on or before **May 11, 2022**, why the claims against J.P. Maroney and Harbor City Ventures, LLC should not be dismissed for failure to prosecute, *see* M.D. Fla. R. 3.10, and why the claims against the additional Defendants should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Failure to respond to this Order may result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Orlando, Florida on May 9, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record