UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BARBARA MARTIN,

    Plaintiff,

v.                                                Case No: 6:21-cv-1484-WWB-LHP

JONATHAN P. MARONEY,
HARBOR CITY VENTURES, LLC,
HARBOR CITY CAPITAL CORP.,
HCCF-1, LLC,
HCCF-2, LLC,
HCCF-3, LLC,
HCCF-4, LLC,
HCCF-5, LLC,
HARBOR CITY DIGITAL VENTURES, INC.,
HCC MEDIA FUNDING, LLC,
CELTIC ENTERPRISES, LLC and
TONYA L. MARONEY

    Defendants.
_____/

## STIPULATION TO STAY CASE

Plaintiff, Barbara Martin ("Plaintiff") and Katherine Donlon, as Court-appointed Receiver for Defendants Harbor City Ventures, LLC, Harbor City Capital Corp., HCCF-1, LLC, HCCF-2, LLC, HCCF-3, LLC, HCCF-4, LLC, HCCF-5, LLC, Harbor City Digital Ventures, Inc., HCC Media Funding, LLC, and Relief Defendant Celtic Enterprises, LLC, ("Receiver"), by and through undersigned counsel, file this Stipulation to Stay Case on the grounds set forth below:

1. The Securities and Exchange Commission filed an action against certain entities in 2021, including Harbor City Capital Corp., Harbor City Ventures, LLC, HCCF-1, LLC, HCCF-2, LLC, HCCF-3, LLC, HCCF-4, LLC, HCCF-5, LLC, Harbor City Digital Ventures, Inc., HCC Media Funding, LLC, Jonathan P. Maroney, Celtic Enterprises, LLC, and Tonya L. Maroney. The action is pending in the Middle District of Florida, civil action no. 6:21-cv-694-CEM-DCI. In that action, the Securities and Exchange Commission filed a Motion to Appoint Ms. Donlon as a Receiver, and a proposed order. A copy of the proposed order is attached as **Exhibit A**.

2. In the proposed order, Section VIII entitled Stay of Litigation, including paragraphs 26 through 28, the order stated, in relevant part:

> 26. As set forth in detail below, the following proceedings, excluding the instant proceeding and all police or regulatory actions and actions of the Commission related to the above-captioned enforcement action, are stayed until further Order of the Court:
>
> All civil legal proceedings of any nature, including, but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other actions of any nature involving: (a) the Receiver, in Receiver's capacity as Receiver; (b) any Receivership Property, wherever located; (c) any of the Receivership Entities, including subsidiaries and partnerships; or, (d) any of the Receivership Entities' past or present officers, directors, managers, agents, or general or limited partners sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise (such proceedings are hereinafter referred to as "Ancillary Proceedings").

> 27. The parties to any and all Ancillary Proceedings are enjoined from commencing or continuing any such legal proceeding, or from taking any action, in connection with any such proceeding, including, but not limited to, the issuance or employment of process.
>
> 28. All Ancillary Proceedings are stayed in their entirety, and all courts having any jurisdiction thereof are enjoined from taking or permitting any action until further Order of this Court. Further, as to a cause of action accrued or accruing in favor of one or more of the Receivership Entities against a third person or party, any applicable statute of limitation is tolled during the period in which this injunction against commencement of legal proceedings is in effect as to that cause of action.

3. Thereafter, the United States Magistrate Judge issued a Report and Recommendation for the Court to enter the SEC's Proposed Order. See **Exhibit B**. On November 8, 2021, the United States District Court Judge entered an Order adopting the Report and Recommendation and adopting the SEC's Proposed Order. See **Exhibit C**.

4. The Middle District of Florida enjoined ancillary proceedings from being commenced or continued.

5. Accordingly, the parties agree to a stay of this action pending further order of the Court of the Middle District of Florida.

WHEREFORE, the parties respectfully request that the Court stay this action pending further order of the Court of the Middle District of Florida.

| | |
|---|---|
| */s/ Richard S. Frankowski* | */s/ Nicole Deese Newlon* |
| RICHARD S. FRANKOWSKI | NICOLE DEESE NEWLON |
| Florida Bar No. 23423 | Florida Bar No. 832391 |
| richard@frankowskifirm.com | nnewlon@jclaw.com |
| **THE FRANKOWSKI FIRM, LLC** | **JOHNSON, CASSIDY,** |
| 1914 4th Avenue North Suite 530 | **NEWLON & DECORT, P.A.** |
| Birmingham, AL 35203 | 2802 N. Howard Avenue |
| Telephone: (205) 390-0399 | Tampa, Florida 33607 |
| Facsimile: (205) 390-1001 | Telephone: (813) 699-4859 |
| *Attorney for Plaintiff* | Facsimile: (813) 235-0462 |
| | Secondary: kdonlon@jclaw.com; |
| | bwalker@jclaw.com |
| | *Counsel for Receiver Katherine Donlon* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2022, a true and correct copy of the foregoing was electronically filed with the United States District Court, Middle District of Florida, by using the CM/ECF System, which will serve a copy on all counsel of record.

*/s/ Nicole Deese Newlon*
Attorney

4