# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

v.                                       **Case No. 6:21-cv-694-CEM-DCI**

**HARBOR CITY CAPITAL CORP., HARBOR CITY VENTURES, LLC, HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, HARBOR CITY DIGITAL VENTURES, INC., HCC MEDIA FUNDING, LLC, JONATHAN P. MARONEY, CELTIC ENTERPRISES, LLC, and TONYA L. MARONEY,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Filing Proposed Order Appointing Receiver (Doc. 72). The United States Magistrate Judge issued a Report and Recommendation (Doc. 74), recommending that the Court enter the Order Granting Plaintiff's Unopposed Motion for Appointment of Receiver (Doc. 72-1). (Doc. 74 at 2).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 74) is **ADOPTED** and made a part of this Order.

2. The Order Granting Plaintiff's Unopposed Motion for Appointment of Receiver (Doc. 72-1) is **ADOPTED** and made a part of this Order.

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record